IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 3:19-cv-611-RJC-DCK

| | |
|---|---|
| SYMCON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FIREMEN'S INSURANCE COMPANY | ) |
| OF WASHINGTON, D.C., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Symcon, Inc. and Defendant Firemen's Insurance Company of Washington, D.C. by and through their respective undersigned counsel, hereby stipulate and agree that all claims and counterclaims in this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorney's fees.

This the 22nd day of February, 2021.

**ALEXANDER RICKS PLLC**


BY: /s/ Louis G. Spencer
    LOUIS G. SPENCER
    State Bar No. 36019
    1420 E. 7th Street, Suite 100
    Charlotte, NC 28204
    Telephone: (980) 335-0711
    Fax: (704) 365-3676
    Email: louis@alexanderricks.com
    *Counsel for Plaintiff*


**CRANFILL SUMNER LLP**

BY: /s/ Jennifer A. Welch
    JENNIFER A. WELCH
    State Bar No. 31360
    LAURA E. DEAN
    State Bar No. 43775
    Post Office Box 27808
    Raleigh, North Carolina 27611-7808
    Telephone: (919) 828-5100
    Fax: (919) 828-2277
    Email: jwelch@cshlaw.com
           ldean@cshlaw.com
    *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:19-cv-611-RJC-DCK

| | |
|---|---|
| SYMCON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| FIREMEN'S INSURANCE | ) |
| COMPANY OF WASHINGTON, | ) |
| D.C., | ) |
| | ) |
| Defendant. | ) |

I hereby certify that on the 22nd day of February, 2021, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys:

Louis G. Spencer
ALEXANDER RICKS, PLLC
1420 E. 7th Street, Suite 100
Charlotte, NC 28204
louis@alexanderricks.com
*Attorneys for Plaintiff*

/s/ Jennifer A. Welch
Jennifer A. Welch
State Bar No. 31360
Attorneys for Defendant
Cranfill Sumner LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone (919) 828-5100
Fax (919) 828-2277
Email: jwelch@cshlaw.com